# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

In re:  Giovanna Rose Reid

Case Number  19-11622-BFK
Chapter  7

**Debtor(s)**

## ORDER SETTING HEARING

**TO:**  **Debtor(s)**  Giovanna Rose Reid

**Attorney for Debtor(s)** Ashvin Pandurangi  AP Law Group, PLC  211 Park Ave.  Falls Church, VA 22046
**Trustee**  Janet M. Meiburger, The Meiburger Law Firm, P.C., 1493 Chain Bridge Rd., Suite 201, McLean, VA  22101
**United States Trustee**  1725 Duke Street, Suite 650, Alexandria, Virginia  22314

The Clerk has determined that the above-captioned debtor(s) has/have failed to cure certain deficiency(ies) in this case.  Therefore, a hearing will be held:

*Date:*  September 10, 2019
*Time:*  9:30 a.m.
*Location:*  U. S. Bankruptcy Court, 200 S. Washington St., 2nd Fl., Courtroom I, Alexandria, VA  22314

The debtor(s) shall appear at the hearing and explain why the bankruptcy case should not be dismissed for failure to timely cure the following deficiency(ies) and any other deficiency(ies) or certifications that accrue before the hearing:
Failure to timely pay Installment Payment

**If the debtor(s) fails to appear at the hearing, the above-captioned case will be dismissed.**

NOTICE:  **Even if the debtor(s) files the required document(s) or makes the required payment(s), the debtor(s) must still attend the hearing to explain why he/she/they failed to do so timely.**

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $  215.00   is due and owing to the Clerk of Court, payable as follows:

☐ due and payable immediately.

☑ $  110.00   on   8/5/2019  , $  105.00   on  9/13/2019 , and $_____ on _____.

Dated:  August 6, 2019

William C. Redden, Clerk
United States Bankruptcy Court

By: /s/ Elizabeth W. Douglass
        **Deputy Clerk**

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:  August 6, 2019

[osethrgln ver. 07/19]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Giovanna Rose Reid  
       Debtor

Case No. 19-11622-BFK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: douglasse     Page 1 of 1     Date Rcvd: Aug 06, 2019  
                     Form ID: pdford7    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.
```
db            +Giovanna Rose Reid,    2335 Freetown Court, Apt. 12C,    Reston, VA 20191-6202
smg           +UST smg Alexandria,    Office of the U. S. Trustee,    1725 Duke Street,    Suite 650,
                Alexandria, VA 22314-3489
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:
```
          Ashvin Pandurangi    on behalf of Debtor Giovanna Rose Reid ap@aplawg.com,
           preea@aplawg.com;pandurangiar78675@notify.bestcase.com
          Janet M. Meiburger    trustee@meiburgerlaw.com, VA41@ecfcbis.com
          John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
```
                                                                           TOTAL: 3