# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Giovanna Rose Reid** | ) | Case No. 19-11622-BFK |
| | ) | Chapter 7 |
| *Debtor*, | ) | |
| | ) | |

## MOTION TO REOPEN CASE FOR ENTRY OF DISCHARGE

Giovanna Rose Reid, by counsel, hereby moves this Court to reopen her Chapter 7 case for the purpose of filing her certification of completion of a post-petition financial management course so that a discharge can be entered, and respectfully states as follows:

1. The Debtor filed a voluntary petition under Chapter 7 on May 16, 2019.

2. Debtor's case was closed without discharge on September 19, 2019 for failure to file a Certificate of Completion of Financial Management Course.

3. Debtor has been going through an eviction which distracted her from timely completing the course. The post-petition instruction course on personal financial management was completed by Debtor on October 8, 2019.

WHEREFORE, Debtor respectfully requests that this Court reopen the Debtor's case so that a discharge can be entered.

Respectfully Submitted,

/s/ Ashvin Pandurangi
Ashvin Pandurangi, Bar #86966
AP Law Group, PLC
211 Park Ave.
Falls Church, VA 22046
Tel: (571) 969-6540
Fax: (571) 699-0518
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 18th day of October, 2019 served a true copy of the foregoing Motion to Reopen Case by electronic mail and electronically pursuant to this Court's CM/ECF procedures to John P. Fitzgerald, III, U.S. Trustee, and to the Chapter 7 Trustee, Janet M. Meiburger.

John P. Fitzgerald, III
ustpregion04.ax.ecf@usdoj.gov

Janet M. Meiburger
trustee@meiburgerlaw.com

/s/ Ashvin Pandurangi
Ashvin Pandurangi